**Order entered August 5, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-22-00265-CV**

**ROBERT HENDRICKS, Appellant**

**V.**

**AMERICAN ZURICH INSURANCE COMPANY, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-06258**

**ORDER**

On June 13, 2022, we granted appellant a forty-five day extension of time to file his brief to allow an opportunity for him to be considered by the Dallas Volunteer Attorney Program's Pro Bono Program. Before the Court is appellant's August 2, 2022 motion for extension of time to file his brief. Appellant does not explain why the extension is necessary nor specify the length of the extension he seeks. Accordingly, we **GRANT** the motion to the extent we **ORDER** the brief be filed no later than September 6, 2022. Because the brief was first due June 17,

2022, we caution appellant that further extension requests will be disfavored and failure to file the brief may result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b),(c).

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE